June 12, 2025

To Whom it may concern:

This is a letter of support for Mattew Jackson to be able to come home with no reservations.

With his parents getting older they need his help with living life we experience in the bush village.

There is a season for a lot of our subsistence some require long hours of intensive hard labor that require be out in varies weather conditions. His parents are not able to do that by themselves so consider sending him to help them as we are dependent on our subsistence life style. To meet the long winter months of cold + weather storms.

Hope this gives us a small picture of some of the hard work to put subsistence food away. Other things is commercial fishing that he was involved in missing out on the income.

With considerations be except my letter of support for his return to our village.

Harvey Sookiayak

Sincerely,
Arlene msookiayak
Arlene Sookiayak
P o Box 71013
Shaktoolik Ak 99771
(907) 956-1308

EXHIBIT A
PAGE 1 OF 15

June 6, 2025

To Whom It May Concern:

This is Betty and Lynn Jackson writing on behalf of our son/grandson Matthew Jackson.

Everyday I think of his sentencing and we are concerned and worried because we have more years behind us than before us cause of our age and health. We don't want to be disabled and or gone when its time for him to return home. I feel very strong that Matthew needs our support in every way while we are able. This is the only home he has growing up in the village. We would like to be around to guide him and help him to become self reliance and a good citizen of Shaktoolik. This is heavy on our hearts and would ask you for understanding and mercy on Matthew. We have always tell him of right and

wrong and hoped he would always obey but like many others he hasn't made good choices for himself. We're hopeful that he has realized what gets him into trouble and what doesn't. We are hopeful he will come out a better person and would like him to be able to raise his daughter and learn responsibility and can give back to the village he grew up in.

Respectfully

*Lynn L. Jackson*
Betty L. Jackson

6/6/25

To Whom it May Concern:

This letter is on behalf of Matthew Jackson, my son whom I believe should be here with us to help with all our needs at home. He has a daughter here that misses him dearly.

From all of what he has been through I truly believe he has learned from all of this. Please see it from our perspective and help him to return home.

Thank You
Lynn L. Jackson

June 2, 2025

Lance @ Lanceweis_Law

In Reguards of Mattew Jackson Coming back home to Shaktoolik, His Home Town. With Great Support As A Elder I Support him in Returning to Home.

Public Safety has always been my #(1) one Goal, Awareness of his Surroundings

Mattew is A Commercial fisherman — And plays big role in helping his parents Lynn & Betty Kay Jackson with Subsistence, gathering, They Are Also Elders And Can use his help

Sincerely
Mihi Sual



IRA Council
P.O. Box 100
Shaktoolik, Alaska 99771-0100

Phone (907) 955-3701
Fax (907) 955-2352

June 3, 2025

To: Lance Wells

From: Axel Jackson, President, Shaktoolik IRA Council

Dear Lance:

I am writing this letter to let you know that Matthew Jackson is not a threat to this community.

He is a well-respected individual here in Shaktoolik.

He needs to be here to help his parents as they are getting old. He is a commercial fisherman and does good fishing to make a living during the summer.

Sincerely,

Axel Jackson
President, Shaktoolik IRA Council



*Shaktoolik Native Corporation*
*P.O. Box 46*
*Shaktoolik, AK 99771*
Phone (907) 955-3241 office 955-3242 store
FAX (907) 955-3243

May 30, 2025

To: Lance Christian Wells, LLC

   1029 West 3rd Avenue, Suite 550

   Anchorage, Alaska 99501

Fr: Shaktoolik Native Corporation

   P.O. Box 71046

   Shaktoolik, Alaska 99771

Dear Mr. Wells.

I am writing this letter on behalf of Matthew Jackson. Shaktoolik Native Corporation would like to see Mr. Jackson returned back to his village, because we do have elder's & widow's who heavily rely on him to hunt & fish for them. Due to the high price of diesel, our resident's depend on Mr. Jackson to haul them wood to heat their homes. We, the people would gladly welcome Matthew back into our village, as he is a big asset to our people. He poses no threat to our community, as he is always busy doing something for the elderly & widows in our community. His parents/grandparents who are elderly, do need his help at home. Please take this letter into serious consideration to have Mr. Jackson returned back to his village. Thank you.

Sincerely,

*Rita Auliye*

Rita Auliye – SNC General Manager

7

First of all I'd like to apologize, I'm sorry for the actions I've taken to put myself in this situation, I've thought long and hard about this and would like another chance at life, there is nothing I wouldn't do to be out of jail, nothing I wouldn't do to be with my family that needs me, there willing to help me outside of jail, If it is possible and I hope it is, I'd like to do my time outside of jail, with whatever conditions it is, with the help of my family and girlfriend, whatever it is to be out of jail I'm willing to do, my family and girlfriend needs my help, like my parents at their old age with subsistance, getting wood, helping around the house, things we need to survive as they rely on me with these things and my girlfriend with our daughter she tell's me it's hard being a single parent without my help, I hate not being there for her, helping with our daughter, and not being able to watch her grow up, I've come to realize how important it is to keep my life in order for my siblings after losing my brother while being in jail, so I'm asking to please take up on my recomendation, Thank you.

Respectfully,
Matthew Jackson

August 06, 2025

To Whom It May Concern,

This letter is on behalf of my nephew/brother, Matthew Jackson, whom I've known all his life (24 years).

My family & I have helped my parents raise Matthew since he was born, teaching him right from wrong. Shown him kindness & love when everyone else casted him out since he was a young boy.

Regardless of what Matthew's been through, he has proven to be a hard worker, especially for my parents at their age.

My parents, Lynn & Betty Jackson, do not have too many years in front of them & greatly need Matthew home to help in whatever they do, as me & my family cannot be there all the time.

We would appreciate to concider our concern for Matthew. He has learned that his actions have consequences. That he is not invincible. It is my plee that Matthew be home in Shaktoolik.

Thank you for your concideration

Respectfully,

Gloria Andrew

  Outlook

**Matthew Jackson**

From Melissa Jackson <mjdewey2010@gmail.com>
Date Sat 8/9/2025 12:57 PM
To Lance Wells <lance@lancewells.law>

Hello,

This letter is on behalf of Matthew Jackson.

Thank you,

Melissa Jackson

Aug. 9, 2025

To whom it may concern:

I, Melissa Jackson, am writing this letter on behalf of Matthew Jackson, my biological son.

Matthew is the closest one I have left to a son. I have lost the only one that I've raised, whom Matthew was very close to, and wasn't able to be there for his last days. It was one of my sons wishes til his final day.

Matthew has had a rough few years, but that does not define him as who he really is. He has grown to learn from his actions & the consequences. At a young age, he has been treated as if he doesn't belong & people have treated him like an outcast. As a family, we stand by him & just pray for him & give him hope.

It is my plea to have Matthew home with my parents in Shaktoolik. This way, I'd be able to ~~be~~ see him & help him as much as possible too. My parents are now elder and don't have too many years left on this earth. Matthew would be a big help, as I moved away & not always home to help.

Thank you for your consideration!

Sincerely, Melissa Jackson

Denise Adams
August 07, 2025

To Whom it May Concern

I'm writing this letter on behalf of the father of my child, Matthew Donald Reed Jackson. I'm asking from the bottom of my heart that you consider giving him a second chance by reducing his time.

Our daughter needs her father. She needs him in her life as she grows up - not just financially or physically, but emotionally. No one can take the place as her father, especially one who truly wants to be there. He teaches her things I can't, and she looks up to him in ways that only a daughter can. His absence would leave a big hole in her life.

Matthew is also a big part of his family's life. His parents rely on him, and his family needs him around. He's not just a father, he's a fisherman, a hunter, and someone who helps people around him however he can. He knows how to provide, not just for his own family but for his community too as well.

If he needs treatment or support to get back on the right path, I'll be there every step of the way. I know people can grow and change, and I truly believe he wants to do better - for himself, for our daughter, and for everyone who cares about him. We're not perfect, but he is a good man with a good heart, and he deserves the chance to show that.

Thank you for taking the time to read this. I trust that you'll

Consider the impact of his presence on his family and our daughters future when making your decision.

Sincerely,
Denise Adams

Lance Wells,  9-20-25

My name is Tammy Katchatag. My nephew, Matthew Donald Reed Jackson. I have the pleasure of knowing him since birth. He was adopted by his grandparents Betty Kay & Lynn Jackson. I'm writing to express my appreciation for the significant contributions he has made to our family. He has been instrumental in assisting his papa, Van. Throughout his life, he has demonstrated exceptional kindness, compassion, and strong work ethic. As a skilled fisherman and hunter, he has been a tremendous help in providing food for his family and my father (papa). Moreover, he has been a devoted and caring parent to his daughter, my great-niece. While he is still young and learning, he has consistently shown a remarkable ability to put a smile on everyone's face. I am praying that he will be able to return home, provide for his family, and continue to care for his daughter, my father & who rely on his support. His presence is deeply missed, and we eagerly await for his return home.

*[signature]*

August 20, 2025

Agnes R. Takak
PO Box 71068
Shaktoolik AK 99771
907 956-1111
takakagnes@gmail.com

Matthew Jackson
Fairbanks

This letter of support for Matthew Jackson whom I've personal known all his life. He has been his families provider. Provider which means one who gathers our traditional foods for his Elderly grandparents. He has always been there for them. He is one they count on. Our way of living is tough. But we are resilent and move forward. Our Youth/Young adults are our future. Those who have made mistakes learn from them and come out stronger then before. I believe that with family support and all that needs to be done Matthew Jackson will be one our Community can depend on.

Agnes R Takak